**U. S. PRETRIAL SERVICES AGENCY**

**MEMORANDUM**

To: The Honorable Susan D. Wigenton
United States District Court Judge

From: Mertice Evans
U.S. Pretrial Services Officer

cc: Matthew Beck
Assistant U.S. Attorney

Walter Timpone
Defense Counsel

Date: January 4, 2009

Re: Dagiantis, William
Docket #: 2:08-00925-001

**Results of drug test:**

On December 19, 2008, the above named defendant tested positive for the presence of marijuana

**Action requested:**

\_\_\_\_   The condition of drug testing and treatment is already in place and Pretrial Services will continue to test and treat this defendant.

\_\_\_\_   We recommend no further action by the Court at this time.

  X    Pretrial Services requests that the additional condition of Pretrial Services supervision with drug testing and treatment as deemed appropriate by Pretrial Services be ordered by the Court.

So ordered, _[signature]_
District Court Judge

_[signature]_ Jan. 5, 2009
Date