PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **William Dagiantis**　　　　　　　　　　　Docket No. **08-00925-001**

### Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW **Mertice Evans** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **William Dagiantis**, who was placed under pretrial release supervision by Your Honor on December 19, 2008, under the following conditions:

1. $10,000 Bond secured by ten percent cash
2. Pretrial Services supervision
3. Travel restricted to the continental United States.

On January 5, 2009, the defendant's bail was modified to include drug testing and treatment.

The defendant is pending sentencing before Your Honor on March 26, 2009.

　　　　Respectfully presenting petition for action of Court and for cause as follows:
　　　　　　　　　　　　(See Attachment)

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BAIL BE MODIFIED TO INCLUDE MENTAL HEALTH EVALUATION AND TREATMENT AS DIRECTED BY PRETRIAL SERVICES

ORDER OF COURT

Considered and ordered this 21st day of January, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Susan D. Wigenton
U.S. District Judge

Sandra L. Bravo
Supervising U.S. Pretrial Services Officer

_____
Mertice Evans
U.S. Pretrial Services Officer