UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>WILLIAM DAGIANTIS,<br><br>   Defendant. | Criminal Case No. 2:08-cr-925-01-SDW<br><br>**ORDER** |

   This matter having been opened to the Court by way of application of Lowenstein Sandler, attorneys for defendant, William Dagiantis (Robert J. Kipnees, appearing), on notice to and without objection from Assistant U.S. Attorney Matthew Beck and to Senior U.S. Probation Officer Stanley K. Whetstone, for an order allowing modification of the home confinement schedule of defendant Dagiantis to allow defendant Dagiantis to attend memorial anniversary services for defendant Dagiantis's deceased father at the church and cemetery on Sunday June 21, 2009, and the Court having reviewed the application, and there being no objection, and for good cause shown;

   IT IS on this __17th__ day of June, 2009,

   ORDERED as follows:

   1. The terms and conditions of Defendant William Dagiantis's home confinement be and hereby are modified to allow defendant Dagiantis an additional hour and a half on Sunday June 21, 2009 to attend his father's memorial services at Ss. Nicholas, Constantine and Helen Greek Orthodox Church in Orange, New Jersey and Fairview Cemetery in Westfield, New Jersey.

   2. Defendant William Dagiantis shall be permitted to leave his home on Sunday, morning, June 21, 2009 at 10:30 a.m., to return home by 2:30 p.m., for the purpose of attending the memorial services for his father.

                _____
                Honorable Susan D. Wigenton
                U.S. District Judge