**LOWENSTEIN SANDLER PC**
Robert J. Kipnees
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
*Attorneys for Defendant William Dagiantis*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>-vs-<br><br><br>WILLIAM DAGIANTIS,<br><br>   Defendant. | Docket No. Cr. 08-925-01<br><br>ORDER ~~GRANTING~~ DENYING WILLIAM DAGIANTIS' APPLICATION FOR EARLY TERMINATION OF PROBATION |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, counsel for defendant William Dagiantis, pursuant to 18 U.S.C. § 3564(c) and Rule 32.1(c) of the Federal Rules of Criminal Procedure, for an Order requesting early termination of defendant's probation, on notice to Assistant United States Attorney Matthew Beck, and to United States Probation Officer Edward J. Irwin, and for good cause shown,

IT IS on this 16th day of December 2010,

**ORDERED** that the defendant William Dagiantis' application for early termination of his probation be and hereby is ~~GRANTED~~ DENIED; and

**IT IS FURTHER ORDERED** that the three (3) year sentence of probation imposed on defendant William Dagiantis by the Court on May 12, 2009, be and hereby is terminated and shall be deemed to be discharged and fully satisfied as of the date of this Order.

[handwritten: *Denied*]

_____
HON. SUSAN D. WIGENTON
United States District Judge